IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
AUG - 3 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. __2:05CR170-A__ |
| ) | [18 USC 2252A(a)(5)(B); |
| KRISTOPHER ROBIN SMITH ) | 18 USC 2252A(a)(2)(B)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 29th day of September, 2004, in Montgomery, Alabama, within the Middle District of Alabama,

KRISTOPHER ROBIN SMITH,

defendant herein, did knowingly possess computer disks and other materials that contain images of child pornography that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 2

On or about the 27th day of March, 2004, in Montgomery, Alabama, within the Middle District of Alabama,

KRISTOPHER ROBIN SMITH,

defendant herein, did knowingly receive computer disks and other materials that contain images of child pornography that have been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney