AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

UNITED STATES OF AMERICA

V.

**KRISTOPHER ROBIN SMITH**
**5820 EAGLE CIRCLE, APT. D**
**MONTGOMERY, ALABAMA**

## WARRANT FOR ARREST

Case Number: **2:05CR170-A**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KRISTOPHER ROBIN SMITH**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Activities Regarding Material Constituting/Containing Child Pornography

in violation of Title **18:** United States Code, Section(s) **2252A(a)(5)(B)&(a)(2)(B)**

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

MONTGOMERY, ALABAMA 8/5/2005
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |