# COURTROOM DEPUTY'S MINUTES
## MIDDLE DISTRICT OF ALABAMA

- ✓ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ PRELIMINARY (EXAMINATION)(HEARING)
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT

**DATE:** 8/9/05

**DIGITAL Recording:** 2:38 – 2:52

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON  **DEPUTY CLERK:** Wanda Robinson
**CASE NO.** 2:05cr170-A  **DEFENDANT NAME:** Kristopher Robin Smith
**AUSA:** Andrew Schiff  **DEFT. ATTY:** Richard Keith

Type Counsel: (✓) Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** Ron Thweatt  **USPO:** _____

Defendant ( ) does; (✓) does NOT need an interpreter
Interpreter present (✓) NO; ( ) YES   Name:

---

| | |
|---|---|
| ✓ | Date of Arrest 8/8/05 or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☐ | Financial Affidavit executed *ORAL MOTION FOR APPT OF COUNSEL* |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ✓ | Deft. Advises he will retain counsel. Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ✓ | Release order entered. Deft advised of conditions of release |
| ✓ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ✓ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for 8/17/05  DISCOVERY DISCLOSURE DATE: |
| ✓ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ✓ | WAIVER of Speedy Trial. CRIMINAL TERM: 12/5/05 |

Pretrial: 9/19/05