## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

UNITED STATES OF AMERICA    )
    )
VS.    )    _2:05CR170-A_
    )
_Kristopher Robin Smith_    )
    )

## WAIVER OF SPEEDY TRIAL ACT

I, _Kristopher Robin Smith_, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_8-9-05_
**DATE**

_Kristopher R. Smith_
**DEFENDANT**

_8-9-05_
**DATE**

_Rudolf K Kate_
**ATTORNEY FOR DEFENDANT**