IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No.   2:05-CR-170-A |
| ) | |
| KRISTOPHER ROBIN SMITH,   ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as counsel representing Kristopher Robin Smith in the above-styled cause.

Respectfully submitted this 17th day of August, 2005.

                                                              s/ Richard K. Keith
                                                             **RICHARD K. KEITH (KEI003)**
                                                             Attorney for Defendant
                                                             **KEITH & HAMM, PC**
                                                             235 South McDonough St.
                                                             Montgomery, AL  36104
                                                            Telephone:  (334) 264-6776
                                                            Facsimile:   (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                                                            s/ Richard K. Keith
                                                            **OF COUNSEL**