| COURTROOM DEPUTY'S MINUTES | DATE: 8/17/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:56 - 10:57 |
| | COURT REPORTER: |

☑ **ARRAIGNMENT**  ☐ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr170-A  **DEFENDANT NAME:** Kristopher Robin Smith
**AUSA:** Todd Brown  **DEFENDANT ATTORNEY:** Richard Keith
**PTSO:**  Type counsel ( )Waived; (x)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____
**USPO:**

Defendant ( )does; (√)does NOT need an interpreter
Interpreter present? (√)NO; ( )YES  Name:
**DISCOVERY DISCLOSURE DATE:** August 17, 2005

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ☑ **Not Guilty**                          ☐ Nol Contendere
☐ **Not Guilty by reason of insanity**
☐ **Guilty as to:**
  ☐ Count(s):
  ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                  ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions
☑ 12/5/05 _____ Trial date or term
☑ **ORDER:** Defendant continued under ☑ same bond;  ☐ summons; for:
  ☑ Trial on 12/5/05 ; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
  ☐ Posting a $_____ bond;
  ☐ Trial on _____ or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                     ☐ Defendant requests time to secure new counsel
☐ **WAIVER** of Speedy Trial. **CRIMINAL TERM:** 12/5/05
        **PRETRIAL:** 9/28/05 @ 9:00 a.m.