COURTROOM DEPUTY'S MINUTES                    DATE: 9/28/05

MIDDLE DISTRICT OF ALABAMA                    Digital Recording: 9:26 - 9:27

PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr170-A     **DEFENDANT(S):** Kristopher Robin Smith

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent B. Brunson | * * * * * | Richard Kelly Keith |

☐ **DISCOVERY STATUS:**
No Problems

☐ **PENDING MOTION STATUS:**
None

☐ **PLEA STATUS:**
Likely Plea;   11/28/05 Consent Date

☐ **TRIAL STATUS**
2 days for Trial
12/5/05 Trial Term

☐ **REMARKS:**
Defendant needs to view case evidence
Case will be resolved shortly thereafter