**IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  2:05-cr-170-A** |
| | ) | |
| **KRISTOPHER ROBIN SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO CONTINUE PRETRIAL CONFERENCE**

COMES NOW, the defendant, Kristopher Robin Smith, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court for a continuance.

As grounds in support thereof, the following is stated:

1.      The above-styled cause is set for a pretrial conference at 9:00 a.m. on October 17, 2005.

2.      The undersigned counsel has two (2) previously scheduled trials set to commence in Montgomery County on October 17, 2005 (*State of Alabama v. Marvin Hambrite*, CC-2005-0802; and *State of Alabama v. Charles Peterson*, CC-2004-0869).

3.      Assistant United States Attorney, Kent B. Brunson has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, Defendant moves for a continuance.

Respectfully submitted this 30th day of September, 2005.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & HAMM, PC**
235 South McDonough St.
Montgomery, AL  36104
Telephone: (334) 264-6776
Facsimile:  (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Kent B. Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**