IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.2:05CR170-A |
| | ) | |
| KRISTOPHER ROBIN SMITH | ) | |

## ORDER

This criminal case is set for trial on 5 December 2005, and there are no pending motions. Accordingly, for good cause, it is ORDERED as follows:

1. The defendant's Motion to Continue Pretrial Conference, filed on 30 September 2005 (Doc. # 16), is hereby GRANTED.

2. The defendant shall appear at the pretrial conference set for 14 November 2005 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. The defendant may notify the court of a change of plea at any time, and he may request a special setting before the final consent date.

4. The final consent date in this case is 28 November 2005.

DONE this 6th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE