IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-170-A |
| | ) | |
| KRISTOPHER ROBIN SMITH, | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant, Kristopher Robin Smith, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

The defendant moves for a plea date of November 28, 2005.

Respectfully submitted this 18th day of November, 2005.

_____
RICHARD K. KEITH (KEI0003)
Attorney for Defendant
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL  36104-4221
Telephone: (334) 264-6776
Facsimile:   (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2005, I filed the foregoing with the Clerk of the Court and the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

_____
OF COUNSEL