| COURTROOM DEPUTY'S MINUTES | **DATE:** 11/21/05 |
|---|---|
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:30 - 9:30 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**  2:05cr170-A   **DEFENDANT(S):** Kristopher Robin Smith

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**
   None

☐ **PLEA STATUS:**
   Notice of Intent Filed
   11/28/05 Consent Date @ 9:00 a.m.

☐ **TRIAL STATUS**
   12/5/05 Trial Term

☐ **REMARKS:**
   **Pretrial canceled, however plea date and time was noted on the record by the Court**