MIDDLE DISTRICT OF ALABAMA                    COURT REPORTER:  Jimmy Dickens

❏**ARRAIGNMENT**        x**CHANGE OF PLEA**        ❏**CONSENT PLEA**

❏**RULE 44(c) HEARING**        ❏**SENTENCING**

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*          **DEPUTY CLERK:** *Wanda Robinson*

**CASE NUMBER:**   *2:05cr170-A*          **DEFENDANT NAME:**  *Kristopher Robin Smith*

**AUSA:**   *Kent B. Brunson*          **DEFENDANT ATTY:**   *Richard Keith*

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:**    Leslie Craft

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?**   x      **NO** _____ **YES**     **Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                    ❏Nol Contendere

❏Not Guilty by reason of insanity

xGuilty as to:

XCount(s)____1 & 2____  of the Felony Indictment.

❏Count(s) _____  ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X—    ORAL ORDER ADJUDICATING GUILT as to COUNTS**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

X— **ORDER:** Defendant Continued under X same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  X Sentencing  X to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  ❏ Sentencing on_____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.