IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:05cr170-A |
| KRISTOPHER ROBIN SMITH | ) |

## ORDER

Due to a conflict in the court's calendar, the sentencing in this case, previously scheduled for March 6, 2006, is RESET for Tuesday, March 7, 2006, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 15th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE