IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 2:05cr170-A

KRISTOPHER ROBIN SMITH )

### ORDER

Due to a conflict which has arisen in the court's schedule, the sentencing of this Defendant, previously scheduled for March 7, 2006, is RESCHEDULED for March 9, 2006, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE