IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:05-cr-170-A |
| | ) | |
| KRISTOPHER ROBIN SMITH | ) | |

**<u>GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE</u>**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and Kent B. Brunson, Assistant United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guideline Section 5K1.1 moves for a one (1) level downward departure in the defendant's total offense level. This request is based upon the following:

1) The defendant has provided e-mail information to law enforcement officials to check on other predators of child pornography on the internet.

WHEREFORE, for the reasons set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a one (1) level reduction in his total offense level.

Respectfully submitted this the 3rd day of March, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:05-cr-170-A |
| | ) | |
| KRISTOPHER ROBIN SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard K. Keith.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov