### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:05-cr-170-A |
| ) | |
| **KRISTOPHER ROBIN SMITH,** ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO CONTINUE THE MARCH 9, 2006 SENTENCING CONFERENCE

COMES NOW, the defendant, Kristopher Robin Smith, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the March 9, 2006 Sentencing Conference.

As grounds in support thereof, the following is stated:

1. Sentencing is set for March 9, 2006, in the above-referenced cause.

2. On March 3, 2006, the United States Probation Office delivered to the undersigned attorney a revised Presentence Investigation Report that contained significant and substantial changes in the Specific Offense Characteristics that have dramatically increased the advisory guideline sentencing range.

3. The defendant requires additional time to prepare objections.

4. Assistant United States Attorney, Kent B. Brunson, and United States Probation Officer, Jackie Capel, have been contacted and have no objections to a continuance in this matter.

WHEREFORE, premises considered, the defendant moves for a continuance.

Respectfully submitted this 6th day of March, 2006.

        s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & HAMM, PC**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent B. Brunson, AUSA
United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

        s/ Richard K. Keith
**OF COUNSEL**