IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr170-WHA |
| KRISTOPHER ROBIN SMITH ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue the March 9, 2006 Sentencing Conference (Doc. #31), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing in this case is CONTINUED from March 9, 2006, and RESET for Thursday, April 20, 2006, at 10:00 a.m.

DONE this 7th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE