IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:05-cr-170-A |
| | ) | |
| KRISTOPHER ROBIN SMITH | ) | |

MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, to move that the sentencing of Defendant Smith be continued, and as reason therefor, the following is submitted:

1)   The sentencing of Kristopher Robin Smith was originally set for March 9, 2006. The attorney for Defendant Smith was granted a continuance on his motion with a new sentencing date set for April 20, 2006.

2)   The undersigned Assistant United States Attorney has scheduled a vacation trip to Argentina with a departure date of April 6, 2006, with return set for April 23, 2006.

3)   The sentencing is expected to have contested issues which may require the undersigned to attend rather than allowing another Assistant United States Attorney to attend.

Wherefore, premises considered, the United States respectfully requests that the sentencing date currently scheduled for Kristopher Robin Smith be continued until after the week of April 24, 2006.

Respectfully submitted this the 10th day of March, 2006.

          LEURA GARRETT CANARY
          UNITED STATES ATTORNEY


          /s/ Kent B. Brunson
          KENT B. BRUNSON
          Assistant United States Attorney
          Bar Number: ASB-3094-U62K
          One Court Square, Suite 201
          Montgomery, Alabama 36104
          Telephone: (334) 223-7280
          Fax: (334) 223-7135
          E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:05-cr-170-A |
| | ) | |
| KRISTOPHER ROBIN SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard K. Keith.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov