IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:05cr170-WHA |
| KRISTOPHER ROBIN SMITH | ) |

## **ORDER**

Upon consideration of the Motion to Continue Sentencing (Doc. #33), filed by the United States on March 10, 2006, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from April 20, 2006, and RESET for Tuesday, May 9, 2006, at 9:00 a.m.

DONE this 13th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE