# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | May 9, 2006 | AT: | 9:03 a.m. |
| DATE COMPLETED: | May 9, 2006 | AT: | 10:29 a.m. |

UNITED STATES OF AMERICA     )
                             )
vs.                          )   CR. No. 2:05cr170-WHA
                             )
KRISTOPHER ROBIN SMITH       )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Kent Brunson | Richard Keith |

### COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy
Jakki Caple, USPO
Lisa Harden, Law Clerk

### COURTROOM PROCEEDINGS

(X)   SENTENCING HEARING

Hearing commences.
Parties have reviewed the presentence report and have two objections as to the five-point enhancement.
Government presents testimony in support of enhancement.
Defendant presents testimony in opposition to enhancement.
Court states that the Government has not proved the enhancement is required and sustains the objections.
Government argues the Motion for Reduction (Doc. #29) which the court orally GRANTS.
Government argues the Motion for Downward Departure (Doc. #30) and the court orally GRANTS the motion.
Mr. Keith speaks in mitigation of the sentence.
Government states that the minimum sentence and minimum fine are appropriate.
Probation agrees with the recommendation of a sentence at the low end of the guideline range.
Co-workers and family members speak on Defendant's behalf.
Sentence is stated.
No objections.
Sentence is ORDERED imposed as stated.
Defendant is advised of his right to appeal.
Defendant is committed to the custody of the U. S. Marshal.
Court is adjourned.