IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 2:05cr170-WHA |
| ) | |
| KRISTOPHER ROBIN SMITH ) | |

## WITNESS LIST

**GOVERNMENT**

David Henderson

**DEFENDANT**

Kristopher Smith