AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE     DISTRICT OF     ALABAMA

UNITED STATES OF AMERICA

**EXHIBIT LIST**

V.

KRISTOPHER ROBIN SMITH

Case Number: 2:05cr170-WHA

| PRESIDING JUDGE W. Harold Albritton | | PLAINTIFF'S ATTORNEY Kent Brunson | | DEFENDANT'S ATTORNEY Richard K. Keith | |
|---|---|---|---|---|---|
| TRIAL DATE (S) May 9, 2006 | | COURT REPORTER Risa Entrekin | | COURTROOM DEPUTY Elna Behrman | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 1 | 5/9/06 |  | X | Copy of K-Lite set up wizard |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | **EXHIBITS MAINTAINED IN SEPARATE ENVELOPE WITH COURT FILE.** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



This is the "set-up" wizard once you initially install
K-Lite.  You choose whether or not to share files
before you can begin using the software.  To begin sharing
files, you would have to go in and change your settings, other-
wise your files remain unshared.





This is the same set-up screen as on the first page –
after removing all folders from being shared – no
files are being shared by having "removed" all folders.





Defendant's "shared" files could have easily been viewed by clicking on "Tools" and "Share Files" (the screen on the next page then appears).

We were not provided with a "screen shot" of any shared files - only files that Defendant was in the process of downloading off of others





While in "Transfers" you view files that are being "Downloaded"